850

No. 1076.   Wood v. Mississippi.   See *ante*, p. 833.

No. 1049.   Kinne et al. v. Starr King School for the Ministry.   April 30, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. W. N. Mullen* for petitioners. *Messrs. O. K. Cushing, Eustace Cullinan* and *Delger Trowbridge* for respondent.

No. 1057.   Mergner v. United States.   April 30, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Messrs. John H. Burnett* and *John J. Sirica* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1061.   Hinchliffe v. Texas Company et al. April 30, 1945.   Petition for writ of certiorari to the Court of Civil Appeals, 3d Supreme Judicial District, of Texas, denied.   *Mr. W. Dewey Lawrence* for petitioner.   *Messrs. W. F. Semple* and *J. A. Rauhut* for the Texas Company et al., and *Mr. Ireland Graves* for the Ohio Oil Co., respondents.

No. 1062.   Hancock v. Stout.   April 30, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Messrs. Alfred F. Burgess* and *Thomas A. Wofford* for petitioner.   *Assistant Solicitor General Cox, Assistant Attorney General Tom C.*